# EXHIBIT 1



**Invoice   INV3024425**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 2/11/2025 |
| **Terms** | Net 30 |
| **Due Date** | 3/13/2025 |

| | |
|---|---|
| **Client Number** | C03031 |
| **Esquire Office** | Tampa |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Ford Harrison - Tampa
401 East Jackson Street
Suite 2500
Tampa FL 33602

**Services Provided For**
Ford Harrison - Tampa
Johnson, Christopher C
401 East Jackson Street
Suite 2500
Tampa FL 33602

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/24/2025 | J12295640 | Tampa, FLORIDA | MARKELITO SAINT HUBERT V. GULF HOSPITALITY MANAGEMEN |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| REMOTE VIDEO CONFERENCING - ZOOM | Markelito Saint Hubert | 1 | 125.00 | $125.00 |
| APP FEE: FIRST HOUR | Markelito Saint Hubert | 1 | 105.00 | $105.00 |
| APP FEE: ADDITIONAL HOURS | Markelito Saint Hubert | 3.5 | 75.00 | $262.50 |
| TRANSCRIPT - O&1 - VC-WI | Markelito Saint Hubert | 179 | 5.25 | $939.75 |
| E-EXHIBITS B&W ORIG | Markelito Saint Hubert | 47 | 0.65 | $30.55 |
| E- EXHIBITS COLOR ORIG | Markelito Saint Hubert | 6 | 0.65 | $3.90 |
| LITIGATION SUPPORT PACKAGE | Markelito Saint Hubert | 1 | 55.00 | $55.00 |
| CONDENSED TRANSCRIPT | Markelito Saint Hubert | 1 | 35.00 | $35.00 |
| PROCESSING & COMPLIANCE | Markelito Saint Hubert | 1 | 55.00 | $55.00 |

*Representing Client: Ford Harrison (P) : Ford Harrison - Tampa*

| | |
|---|---|
| **Subtotal** | 1,611.70 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,611.70 |
| **Amount Due** | 1,611.70 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Ford Harrison - Tampa |
| **Client #** | C03031 |
| **Invoice #** | INV3024425 |
| **Invoice Date** | 2/11/2025 |
| **Due Date** | 3/13/2025 |
| **Amount Due** | $1,611.70 |

# INVOICE
1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20654091 | 2/9/2025 | 823168 |
| Job Date | Case No. | |
| 1/22/2025 | 23-CV-02799 | |

| Case Name |
|---|
| Markelito Saint Hubert v. Gulf Hospitality Management |

| Payment Terms |
|---|
| Due upon receipt |

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| Original & One Certified Transcript of Deposition: | | | | |
|    James Mckenna- | 57.00 | Pages @ | 3.850 | 219.45 |
|       Nine-Day Expedite | | | | 43.89 |
|       B & W Exhibit Handling | 39.00 | Pages @ | 0.600 | 23.40 |
|       Litigation Support Package Plus Condensed Transcript | 1.00 | @ | 35.000 | 35.00 |
| Original & One Certified Transcript of Deposition: | | | | |
|    Travis Johnson- | 58.00 | Pages @ | 3.850 | 223.30 |
|       Nine-Day Expedite | | | | 44.66 |
|       Litigation Support Package Plus Condensed Transcript | 1.00 | @ | 35.000 | 35.00 |
|       Electronic Processing/Archival/Delivery (O&1) | 1.00 | @ | 15.000 | 15.00 |
| **TOTAL DUE   >>>** | | | | **$639.70** |

Location of Job   : REMOTE-ALL PARTIES REMOTE , FL

The entity listed on this invoice is responsible for the **TOTAL DUE** above, not the entity's client. Payments not received within 30 days of the Invoice Date will be marked as PAST DUE and may incur a LATE CHARGE of 1.5% per month.

*Use the link below to make a PAYMENT.*

https://www.e-billexpress.com/ebpp/ucrinc/

Tax ID: 26-3522685

*Please detach bottom portion and return with payment.*

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

Job No.     : 823168         BU ID     : Digi Other
Case No.    : 23-CV-02799
Case Name   : Markelito Saint Hubert v. Gulf Hospitality Management
Invoice No. : 20654091       Invoice Date : 2/9/2025
Total Due   : **$639.70**

Remit To: **Universal Court Reporting, Inc.**
        **Phone: 954-712-2600**
        **Fax: 954-779-2800**
        **888 E. Las Olas Blvd. Suite 508**
        **Fort Lauderdale, FL 33301**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20654091 | 2/9/2025 | 823168 |
| Job Date | Case No. | |
| 1/22/2025 | 23-CV-02799 | |
| Case Name | | |
| Markelito Saint Hubert v. Gulf Hospitality Management | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $639.70 |

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

Job No.       : 823168            BU ID      : Digi Other
Case No.    : 23-CV-02799
Case Name : Markelito Saint Hubert v. Gulf Hospitality Management
Invoice No.  : 20654091         Invoice Date : 2/9/2025
**Total Due**   : **$639.70**

| PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To: **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL 33301**

# INVOICE
1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20654092 | 2/9/2025 | 823172 |
| Job Date | Case No. | |
| 1/23/2025 | 23-CV-02799 | |

| Case Name |
|---|
| Markelito Saint Hubert v. Gulf Hospitality Management |

| Payment Terms |
|---|
| Due upon receipt |

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| Original & One Certified Transcript of Deposition: | | | | |
|    Jacqueline Duchene- | 67.00 | Pages | @ 3.850 | 257.95 |
|       Nine-Day Expedite | | | | 51.59 |
|       B & W Exhibit Handling | 46.00 | Pages | @ 0.600 | 27.60 |
|       Litigation Support Package Plus Condensed Transcript | 1.00 | | @ 35.000 | 35.00 |
| Original & One Certified Transcript of Deposition: | | | | |
|    Travis Johnson - | 80.00 | Pages | @ 3.850 | 308.00 |
|       Nine-Day Expedite | | | | 61.60 |
|       Litigation Support Package Plus Condensed Transcript | 1.00 | | @ 35.000 | 35.00 |
|       Electronic Processing/Archival/Delivery (O&1) | 1.00 | | @ 15.000 | 15.00 |
| **TOTAL DUE >>>** | | | | **$791.74** |

Location of Job   : REMOTE-ALL PARTIES REMOTE , FL

The entity listed on this invoice is responsible for the **TOTAL DUE** above, not the entity's client. Payments not received within 30 days of the Invoice Date will be marked as PAST DUE and may incur a LATE CHARGE of 1.5% per month.

**Use the link below to make a PAYMENT.**

https://www.e-billexpress.com/ebpp/ucrinc/

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

| | |
|---|---|
| Job No. : 823172 | BU ID : Digi Other |
| Case No. : 23-CV-02799 | |
| Case Name : Markelito Saint Hubert v. Gulf Hospitality Management | |
| Invoice No. : 20654092 | Invoice Date : 2/9/2025 |
| **Total Due** : **$791.74** | |

Remit To: **Universal Court Reporting, Inc.**
           Phone: 954-712-2600
           Fax: 954-779-2800
           888 E. Las Olas Blvd. Suite 508
           Fort Lauderdale, FL 33301

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE
2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20654092 | 2/9/2025 | 823172 |
| Job Date | Case No. | |
| 1/23/2025 | 23-CV-02799 | |

| Case Name |
|---|
| Markelito Saint Hubert v. Gulf Hospitality Management |

| Payment Terms |
|---|
| Due upon receipt |

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $791.74 |

**Tax ID:** 26-3522685

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 823172 | BU ID | : Digi Other |
| Case No. | : 23-CV-02799 | | |
| Case Name | : Markelito Saint Hubert v. Gulf Hospitality Management | | |
| Invoice No. | : 20654092 | Invoice Date | : 2/9/2025 |
| **Total Due** | **: $791.74** | | |

Christopher C Johnson, Esq.
Ford & Harrison LLP- Tampa
401 E. Jackson St
Suite 2500
Tampa, FL 33602

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**Remit To:** **Universal Court Reporting, Inc.**
**Phone: 954-712-2600**
**Fax: 954-779-2800**
**888 E. Las Olas Blvd. Suite 508**
**Fort Lauderdale, FL 33301**

**Neil Flaxman Professional Association**
PO Box 971397
Miami, FL  33197
3058102786
neil@flaxmanmediations.com



**BILL TO**
Christopher C. Johnson, Esq.
Amanda Mercado, Esq.
Ford Harrison LLP
401 E. Jackson Street
Suite 2500
Tampa, Florida 33602

**INVOICE 1168**

**DATE** 02/13/2025     **TERMS** Net 15

**DUE DATE** 02/28/2025

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/12/2024 | **Administrative Preparation** | $125.00 per side | 1 | 250.00 | 250.00 |
| 02/05/2025 | **Mediator's Pre-Mediation Preparation** | | 1.50 | 475.00 | 712.50 |
| 02/13/2025 | **Total Mediation Hours** | | 3.80 | 475.00 | 1,805.00 |
| | | | | Subtotal: | 2,767.50 |
| 02/13/2025 | **Split between each side** | | 1 | -1,383.75 | -1,383.75 |

If you wish to mail a check, please mail the check to our address listed above.

**TOTAL DUE**     **$1,383.75**

Attached is our firm's W-9.
Markelito Saint Hubert v. Gulf Hospitality Management, LLC
Case No.: 23-CIV-02799-CEH

Neil Flaxman, Esq.
Florida Supreme Court Certified Circuit & Appellate Mediator
L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)